# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 28, 2024

**Before**

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| Nos. 23-1165 | |
| LUZMARIA ARROYO, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| Plaintiff - Appellant | |
| v. | No. 1:12-cv-06859 |
| VOLVO GROUP NORTH AMERICA, LLC, doing business as Volvo Parts North America, | Robert M. Dow, Jr., *Judge*. |
| Defendant - Appellee | |

**O R D E R**

Plaintiff-Appellant filed a petition for rehearing and rehearing *en banc* on March 12, 2024. No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing and rehearing *en banc* is therefore DENIED.

---

[1] Judge Amy J. St. Eve and Judge John Z. Lee did not participate in the consideration of this matter.